UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17 CR 79 |
| v. | ) | |
| | ) | |
| RANDALL RYE | ) | Judge Ronald A. Guzman |

**UNOPPOSED MOTION TO PERMIT EARLY RECEIPT OF RESTITUTION FUNDS BY THE CLERK OF THE COURT**

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, hereby submits the following unopposed motion for an order to allow the Clerk of the Court to receive restitution funds prior to sentencing in this case.

Defendant pled guilty to the crime of wire fraud on April 20, 2017 and a sentencing hearing has been set for July 26, 2017. One of the victims in this case has informed the government that he is willing to return funds that he received in excess of his principal investment with defendant, which can be used towards restitution to the victims in this case. Accordingly, the government moves for an order directing the Clerk of the Court to accept restitution funds prior to sentencing hearing in this case.

The government has conferred with counsel for defendant, who has no objection to this request.

                                        Respectfully submitted,

                                        JOEL R. LEVIN
                                        Acting United States Attorney

By:    <u>s/ Sunil R. Harjani</u>
           SUNIL R. HARJANI
           Assistant United States Attorneys
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-9353