UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17 CR 79 |
| v. | ) | |
| | ) | |
| RANDALL RYE | ) | Judge Ronald A. Guzman |

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that on WEDNESDAY, APRIL 26, 2017 at 10:30 A.M. at the opening or as soon thereafter as counsel may be heard, I will appear before Judge Guzman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **UNOPPOSED MOTION TO PERMIT EARLY RECEIPT OF RESTITUTION FUNDS BY THE CLERK OF THE COURT,** in the above captioned case, at which time and place you may appear if you see fit.

      Respectfully submitted,

      JOEL R. LEVIN
      Acting United States Attorney

By:   *s/ Sunil R. Harjani*
      SUNIL R. HARJANI
      Assistant United States Attorneys
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-9353